AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ GUAM

U.S. MARSHALS GUAM
RECEIVED
29 SEP 2005 14 00 01

UNITED STATES OF AMERICA

V.

JIN MU

**WARRANT FOR ARREST**

Case Number: MG-05-00049-001

FILED
DISTRICT COURT OF GUAM
SEP 30 2005
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to _____ JIN MU _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   X Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with (brief description of offense)

**COUNT I - ALIEN SMUGGLING [ 8 U.S.C. §1324(a)(2)(B)(ii), 18 U.S.C. §2, and 6 U.S.C. §§251 and 557 ]**

in violation of Title _____ United States Code, Section(s) _____

**JOAQUIN V. E. MANIBUSAN, JR.**
Name of Issuing Officer

_(signature)_
Signature of Issuing Officer

**MAGISTRATE JUDGE**
Title of Issuing Officer

**SEPTEMBER 28, 2005; HAGATNA, GUAM**
Date and Location

ORIGINAL

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED 9/29/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 9/29/05 | | |