IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES


FILED
DISTRICT COURT OF GUAM
SEP 30 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. MJ-05-00049**  **DATE: September 30, 2005**

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding**   Law Clerk: Judith Hattori
Court Recorder: Wanda M. Miles   Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 2:23:31 - 2:53:55   CSO: B. Benavente / J. Lizama

************************APPEARANCES*****************************

**DEFT: JIN MU**   **ATTY: MARK SMITH**
(X) PRESENT ( ) CUSTODY ( ) BOND ( ) P.R.   (X) PRESENT ( ) RETAINED ( ) FPD (X) CJA APPOINTED

**DEFT: YI XU CHEN**   **ATTY: SAMUEL S. TEKER**
(X) PRESENT ( ) CUSTODY ( ) BOND ( ) P.R.   (X) PRESENT ( ) RETAINED ( ) FPD (X) CJA APPOINTED

**DEFT: XIU YAN LI**   **ATTY: G. PATRICK CIVILLE**
(X) PRESENT ( ) CUSTODY ( ) BOND ( ) P.R.   (X) PRESENT ( ) RETAINED ( ) FPD (X) CJA APPOINTED

**DEFT: RONG HUA TONG**   **ATTY: F. RANDALL CUNLIFFE**
(X) PRESENT ( ) CUSTODY ( ) BOND ( ) P.R.   (X) PRESENT ( ) RETAINED ( ) FPD (X) CJA APPOINTED

U.S. ATTORNEY: FRED BLACK   AGENT: MIKE HERNANDEZ, B.I.C.E.

U.S. PROBATION: ROSANNA VILLAGOMEZ-AGUON   U.S. MARSHAL: S. LUJAN / M. UNGACTA

INTERPRETER: FOO MEE CHUN CLINARD   LANGUAGE: CHINESE

**PROCEEDINGS: INITIAL APPEARANCE RE COMPLAINT**

(X) FINANCIAL AFFIDAVITS REVIEWED AND ACCEPTED:
JIN MU: MARK SMITH, ATTORNEY APPOINTED   YI XU CHEN: SAMUEL S. TEKER, ATTORNEY APPOINTED
XIU YAN LI: G. PATRICK CIVILLE, ATTORNEY APPOINTED   RONG HUA TONG: F. RANDALL CUNLIFFE, ATTORNEY APPOINTED

(X) DEFENDANTS SWORN AND EXAMINED:
   XIU YAN LI: 14 YEARS SCHOOL COMPLETED   RONG HUA TONG: 10 YEARS SCHOOL COMPLETED

(X) DEFENDANTS LI and TONG WERE ARRAIGNED AND ADVISED OF THEIR RIGHTS, CHARGES AND PENALTIES
(X) DEFENDANT LI and TONG WAIVED READING OF (X) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
(X) PLEA ENTERED:
   XIU YAN LI: ( ) GUILTY (X) NOT GUILTY - TO: COUNT II
   RONG HUA TONG: ( ) GUILTY (X) NOT GUILTY - TO: COUNT II

(X) PRELIMINARY EXAMINATION SET FOR: OCTOBER 7, 2005 at 9:30 A.M.   (FOR DEFENDANT'S MU AND CHEN)

(X) TRIAL SET FOR: NOVEMBER 17, 2005 at 9:30 A.M.   (FOR DEFENDANT'S LI AND TONG)

(X) DEFENDANTS REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) PROCESSING (X) DETENTION

**NOTES:**
Trial Order executed. Mr. Smith and Mr. Teker submitted to the Pretrial Services Report regarding detention. Mr. Civille and Mr. Cunliffe argued for the release of their clients. Government opposed their release.

The Court remanded all the defendant's to the custody of the U.S. Marshal.

Courtroom Deputy: ___