

FILED
DISTRICT COURT OF GUAM
SEP 30 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

JIN MU,
YI XU CHEN
XIU YAN LI, and
RONG HUA TONG,

        Defendants.

MAGISTRATE CASE NO. 05-00049

**APPOINTMENT ORDER**

IT IS HEREBY ORDERED that **MARK SMITH** is appointed to represent defendant **JIN MU** and **SAMUEL S. TEKER** is appointed to represent defendant **YI XU CHEN** *nunc pro tunc* to September 29, 2005.

IT IS FURTHER ORDERED that **G. PATRICK CIVILLE** is appointed to represent defendant **XIU YAN LI** and **F. RANDALL CUNLIFFE** is appointed to represent defendant **RONG HUA TONG**.

Dated this 30th day of September, 2005.

JOAQUIN V. E. MANIBUSAN, JR. Magistrate Judge
U.S. DISTRICT COURT OF GUAM