# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Jin Mu, et al., <br><br> Defendant. | Case No. 1:05-mj-00049 <br><br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Appointment Order, Orders of Detention for defendants Jin Mu, Yi Xu Chen, Xiu Yan Li and Rong Hua Tong, and Trial Order filed September 30, 2005*, on the dates indicated below:

| | | | |
|---|---|---|---|
| *U.S. Attorney's Office* | *Mark Smith* | *Samuel Teker* | *G. Patrick Civille* |
| *October 3, 2005* | *October 3, 2005* | *October 3, 2005* | *October 3, 2005* |
| *F. Randall Cunliffe* | *U.S. Probation Office* | *U.S. Marshal Service* | |
| *October 3, 2005* | *October 3, 2005 (Detention Order Only)* | *October 3, 2005 (Detention Order Only* | |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Appointment Order, Orders of Detention for defendants Jin Mu, Yi Xu Chen, Xiu Yan Li and Rong Hua Tong, and Trial Order filed September 30, 2005*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 3, 2005 /s/ Marilyn B. Alcon
                             Deputy Clerk