THE LAW OFFICES OF MARK S. SMITH
456 W. O'Brien Drive, Suite 102-D
Hagatna, Guam 96910
Telephone: (671) 477-6631/32
Facsimile: (670) 477-8831

Attorney for Defendant,
**JIN MU**

FILED
DISTRICT COURT OF GUAM
OCT 11 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO.: 05-00049 |
| Plaintiff, ) | |
| ) | **NOTICE OF MOTION** |
| vs. ) | **FOR DISCOVERY** |
| ) | |
| JIN MU, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF MOTION FOR DISCOVERY

**PLEASE TAKE NOTICE** that on the _____ day of _____, 2005, at the hour of _____ a.m. or as soon thereafter this matter will be heard before the United States District Court for the Territory of Guam.

Dated this ____ day of October, 2005.

Respectfully submitted,

By: _____
**MARK S. SMITH, ESQ.**
Attorney for Defendant,