ORIGINAL

1 | jinmudismiss

2 | LEONARDO M. RAPADAS
United States Attorney
3 | KARON V. JOHNSON
Assistant U.S. Attorney
4 | Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
5 | Hagåtña, Guam 96910
PHONE: 472-7332
6 | FAX: 472-7334

FILED
DISTRICT COURT OF GUAM
OCT 20 2005
MARY L.M. MORAN
CLERK OF COURT

7 | Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 05-00049 |
| Plaintiff, | |
| vs. | **MOTION TO DISMISS COMPLAINT** |
| JIN MU, YI XU CHEN, XIU YAN LI, and RONG HUA TONG, | |
| Defendants. | |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the Complaint in the above cause against defendants, JIN MU, YI XU CHEN, XIU YAN LI and RONG HUA TONG, be dismissed, for the reason that the defendants have been charged through an Indictment on October 5, 2005 under Criminal Case No. 05-00072, which said Indictment has incorporated the criminal acts described in the Complaint.

Respectfully submitted this 19th day of October 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney