```
1  LEONARDO M. RAPADAS
   United States Attorney
2  KARON V. JOHNSON
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
4  108 Hernan Cortez Ave.
   Hagåtña, Guam 96910
5  PHONE: 472-7332
6  FAX: 472-7334
```

FILED
DISTRICT COURT OF GUAM
OCT 20 2005
MARY L.M. MORAN
CLERK OF COURT

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 05-00049 |
| Plaintiff, | |
| vs. | **ORDER TO DISMISS COMPLAINT** |
| JIN MU, YI XU CHEN, XIU YAN LI, and RONG HUA TONG, | |
| Defendants. | |

IT IS SO ORDERED that the complaint in the above entitled case against defendants, JIN MU, YI XU CHEN, XIU YAN LI, and RONG HUA TONG, is hereby dismissed.

October 20, 2005
DATE

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

**ORIGINAL**